Case No: 13-38770

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: **Elena B McKenna**  Case No: **13-38770**

Chapter: **13**

Property Address: **763 E OAKWOOD BLVD APT 1 CHICAGO, IL  60653**

Last four digits of any number you use to identify the debtor's account: **9518**

Court Claim No. (if known)  **N/A**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-B**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **09/06/2018** and filed as Docket No. **54**

### Pre-Petition Default Payments     Applicable option is checked.

[x] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.  *CLAIM IS UNSECURED*

[x] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$719.60**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor        ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Umair Malik                                            09/20/2018
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Signature                                          Date (MM/DD/YYYY)

First Name: **Umair**          Middle Name:              Last Name: **Malik**

Title: **Attorney for Creditor**

Company: **Manley Deas Kochalski LLC**

Address: **P.O. Box 165028**

City: **Columbus**          State: **OH**          Zip: **43216**

Phone: **(614) 220-5611**

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date Incurred | Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|
| 8/1/2016   $27.10   POST PMNT | 8/1/2016 | $27.10 |
| 9/1/2016   $27.10   POST PMNT | 9/1/2016 | $27.10 |
| 10/1/2016  $27.10   POST PMNT | 10/1/2016 | $27.10 |
| 11/1/2016  $27.10   POST PMNT | 11/1/2016 | $27.10 |
| 12/1/2016  $27.10   POST PMNT | 12/1/2016 | $27.10 |
| 1/1/2017   $27.10   POST PMNT | 1/1/2017 | $27.10 |
| 2/1/2017   $27.10   POST PMNT | 2/1/2017 | $27.10 |
| 3/1/2017   $27.10   POST PMNT | 3/1/2017 | $27.10 |
| 4/1/2017   $27.10   POST PMNT | 4/1/2017 | $27.10 |
| 5/1/2017   $27.10   POST PMNT | 5/1/2017 | $27.10 |
| 6/1/2017   $27.10   POST PMNT | 6/1/2017 | $27.10 |
| 7/1/2017   $27.10   POST PMNT | 7/1/2017 | $27.10 |
| 8/1/2017   $27.10   POST PMNT | 8/1/2017 | $27.10 |
| 9/1/2017   $27.10   POST PMNT | 9/1/2017 | $27.10 |
| 10/1/2017  $27.10   POST PMNT | 10/1/2017 | $27.10 |
| 11/1/2017  $27.10   POST PMNT | 11/1/2017 | $27.10 |
| 12/1/2017  $27.10   POST PMNT | 12/1/2017 | $27.10 |
| 1/1/2018   $27.10   POST PMNT | 1/1/2018 | $27.10 |
| 2/1/2018   $27.10   POST PMNT | 2/1/2018 | $27.10 |
| 3/1/2018   $27.10   POST PMNT | 3/1/2018 | $27.10 |
| 4/1/2018   $27.10   POST PMNT | 4/1/2018 | $27.10 |
| 5/1/2018   $27.10   POST PMNT | 5/1/2018 | $27.10 |
| 6/1/2018   $27.10   POST PMNT | 6/1/2018 | $27.10 |
| 7/1/2018   $27.10   POST PMNT | 7/1/2018 | $27.10 |
| 8/1/2018   $27.10   POST PMNT | 8/1/2018 | $27.10 |
| 9/1/2018   $27.10   POST PMNT | 9/1/2018 | $27.10 |
| RETURN PAYMENT FEE | 4/04/16 | $15.00 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Matthew C Baysinger, Attorney for Elena B. McKenna AKA Elena Alvarez, 747 E. Boughton #219, Bolingbrook, IL 60440, mbaysinger@wildermuthlawoffices.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2018:

Elena B. McKenna AKA Elena Alvarez, 7514 N Odell Ave, Chicago, IL 60631

Edgar F Delolmo, 763 E Oakwood Blvd Apt 1, Chicago, IL 60653-2360

Elena B. McKenna AKA Elena Alvarez and Edgar F Delolmo, 763 E Oakwood Blvd Apt 1, Chicago, IL 60653

/s/ Umair Malik

13-038952_CJP